UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,	CASE NO. 23-60007CR
    Plaintiff,

v.

GAIL RUSS,
    Defendant.
_____/

## MOTION TO CONTINUE TRIAL

COMES NOW, Defendant Gail Russ, by and through undersigned Counsel, and moves this Court for an order continuing trial currently set for a two-week trial period beginning November 28, 2023 and in support, states:

1. We adopt the reasoning set forth in counsel Omar Malone's motion.
2. AUSA Clark objects to this motion.

WHEREFORE, Defendant prays this Court grant this motion.

I CERTIFY THAT a copy of this motion was e-filed this 9th day of November, 2023.

Respectfully Submitted,

/s/ Grey Tesh
Grey Tesh, Counsel for Gail Russ
FL Bar #506176
*Florida Bar Board Certified Criminal Trial Lawyer*
Injury & Criminal Lawyer
515 N. Flagler Dr. Ste P300
West Palm Beach, FL 33401
561-686-6886
gt@greytesh.com

/s/ Samantha Vacciana
Samantha Vacciana, Counsel for Gail Russ
FL Bar #921831
Trial Lawyers of Florida
110 E Broward Blvd Ste 1700
Fort Lauderdale, FL 33301
561-288-8366
samantha@triallawyerspb.com