UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60007-CR-SINGHAL

UNITED STATES OF AMERICA

v.

GAIL RUSS, et al.,

    Defendants.
_____/

## NOTICE OF INTENT TO PROCEED UNDER FRE 1006

    COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and herein gives this notice of the Government's intent to proceed under Federal Rules of Evidence 1006. The records set forth below are also designated by their corresponding Government Trial Exhibit ("GX") number (DE 360).

    At trial, the Government intends to admit into evidence various summary exhibits (GXs 55, 70, and 71) relating to the charged wire fraud and conspiracy to commit the same as set forth in the Indictment (DE 1). The summary exhibits have already been provided to the defense. They will be largely, if not exclusively, based on voluminous business and public records and other evidence already provided in discovery. The summary exhibits are based on, among other items, the following: Palm Beach School of Nursing files, National Council of State Boards of Nursing records, bank records, texts, and emails obtained during this investigation.

    Under FRE 1006, the contents of voluminous writings, recordings, or photographs, which cannot conveniently be examined in court, may be presented and admitted into evidence through charts, summaries, or calculations. *See* Fed. R. Evid. 1006; *United States v. Daniels*, 986 F.2d 451, 455-56 (11th Cir. 1993). Evidence summaries may relate either to exhibits received into

evidence or oral testimony. Along with a limiting instruction, Rule 1006 summaries also may contain assumptions and inferences based on admitted testimony and evidence. *See United States v. Richardson*, 233 F.3d 1285, 1293-94 (11th Cir. 2000); *United States v. Gold*, 743 F.2d 800, 816 (11th Cir. 1984). Nonetheless, Rule 1006 summaries must be supported by evidence previously presented to the jury before they are admitted. *See United States v. Naranjo*, 634 F.3d 1198, 1213 (11th Cir. 2011); *United States v. Scrima*, 819 F.2d 996 (11th Cir. 1987).

The business and public records and evidentiary items described above are "voluminous writings, recordings, or photographs, which cannot conveniently be examined in court." Fed. R. Evid. 1006. Before their admission at trial, the Government's summary exhibits will be supported by previously admitted exhibits and prior testimony presented to the jury. Accordingly, the summary exhibits will be admissible under Rule 1006.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:   */s/ Christopher J. Clark*
    CHRISTOPHER J. CLARK
    Assistant United States Attorney
    Florida Bar No. 0588040
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9167
    christopher.clark@usdoj.gov

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on November 27, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

                 */s/ Christopher J. Clark*
                 CHRISTOPHER J. CLARK
                 ASST. UNITED STATES ATTORNEY